**FILED**
**NOV 1 6 2012**
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENNIS GALLIPEAU, )
)
　　　　Plaintiff, )
)
v. ) Civil Action No. 12-1209 (UNA)
)
KATHLEEN SEBILIUS, *et al.*, )
)
　　　　Defendants. )

## MEMORANDUM OPINION

The Court provisionally permitted the above-captioned action to be filed on July 23, 2012. At that time, the Court directed plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. Because plaintiff has not produced the required trust fund account statement, the Court will deny the application and dismiss this action without prejudice. An Order is issued separately.

DATE: Nov. 15, 2012　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　United States District Judge